UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES FRESSELLA and<br>BABYBOOMERSOLUTIONS.COM, INC.<br>d/b/a BABY BOOMER SOLUTIONS<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>JARED CALDARA, and<br>JOHN AND JANE DOES 1 TO 10<br><br>　　　　　　　　　Defendants. | Civil Action No. 12-436 (CCC)<br><br>**ORDER** |

**CECCHI, District Judge.**

　　This matter comes before the Court on Magistrate Judge Joseph A. Dickson's Order to Show Cause requiring Plaintiffs James Fressella and BabyBoomersolutions.com, Inc. d/b/a Baby Boomers Solutions (collectively, "Plaintiffs") to show cause why the Court should not dismiss this action for failure to prosecute. The parties had the opportunity to submit briefs and oral argument was heard on March 20, 2013. Plaintiffs failed to appear at the hearing. [Docket No. 22] On March 22, 2013, Judge Dickson issued a Report and Recommendation that this action should be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(b) and Local Civil Rule 41.1(a). No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Dickson's Report and Recommendation, dated March 22, 2013, and for substantially the same reasons stated therein,

　　IT IS on this 29th day of April, 2013

1

**ORDERED** that this Court adopts Judge Dickson's March 22, 2013 Report and Recommendation and thus dismisses this action with prejudice. The Clerk of the Court shall close this case.

**SO ORDERED.**

_____
Claire C. Cecchi
United States District Judge